IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

V.   CRIMINAL NO. 4:04CR18-HTW

RODNEY CORTEZ BOLER

## AGREED ORDER REDUCING SENTENCE

The Court considers this case pursuant to its authority under 18 U.S.C. § 3582(c)(2) and Federal Rule of Criminal Procedure 43(b)(4). The U.S. Sentencing Commission has reduced guideline offense levels for cocaine base cases, and has made the reductions retroactive to previously-sentenced defendants. The parties agree that a sentencing reduction is appropriate in this case. The Court concurs, and hereby ORDERS as follows:

(1) The sentence is reduced from 57 months to 46 months;

(2) Defendant's projected release date is August 5, 2012; with his total 54 month reduction, including both his March 17, 2008, Rule 35 and this reduction, he should be entitled to immediate release;

(3) If this sentence is less than the amount of time the defendant has served, Defendant's sentence is reduced to **TIME SERVED**;

(4) All other terms and provisions of the original judgment remain in effect.

A copy of this agreed order shall be transmitted to the Bureau of Prisons immediately.

SO ORDERED on this the 15th day of April, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE

AGREED:

_____
ASSISTANT U.S. ATTORNEY

_____
DEFENSE COUNSEL